ate Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 991 - 1 | **DATE** | 5/18/2004 |
| **CASE TITLE** | USA vs. CARLTON McINTOSH | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Defendant has moved to exclude various records purportedly generated at the Salvation Army Community Correctional Center in Chicago, for now, the motion is denied. The government moves to exclude evidence relating to a discipline hearing, that motion is denied, for now.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | MAY 19 2004 date docketed | |
| ✓ | Docketing to mail notices. | | 42 |
| | Mail AO 450 form. | | docketing deputy initials |
| | Copy to judge/magistrate judge. | U.S. DISTRICT COURT CLERK | |
| LG | courtroom deputy's initials | 2004 MAY 18 PM 5:26 | date mailed notice |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 03 CR 991 |
| | ) | |
| CARLTON McINTOSH, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

DOCKETED
MAY 1 9 2004

Defendant has moved to exclude various records purportedly generated at the Salvation Army Community Correctional Center in Chicago. He recognizes that business records are generally admissible but contends these are inadmissible because they are untrustworthy and contain inadmissible self-serving statements. But that is a matter best decided at trial. The government must lay a proper foundation, and if it fails to do so, if the records are untrustworthy or contain inadmissible information, then they will not be admitted. But for now, the motion is denied.

The government moves to exclude evidence relating to a discipline hearing. It may well be, as the government contends, that the results of that hearing are untrustworthy and should not be admitted. But again, that is a matter that can best be determined at trial, which after all, is a bench trial. That motion is, for now, denied.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 18, 2004.